# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 21-1251**                                    **September Term, 2022**

**EPA-86FR55116**
**EPA-86FR55841**

**Filed On: August 23, 2023** [2013830]

Heating, Air Conditioning & Refrigeration
Distributors International, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

------------------------------

Consolidated with 21-1252, 21-1253

## M A N D A T E

In accordance with the judgment of June 20, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

          BY:    /s/
                 Daniel J. Reidy
                 Deputy Clerk

Link to the judgment filed June 20, 2023